JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF THELMA STERN; THELMA STERN, deceased<br><br>Plaintiffs,<br><br>v.<br><br>TUSCAN RETREAT, INC.; STEVEN KRIVITSKY; TATYANA KRIVITSKY; STEPHEN WEISBARTH; SUSAN WEISBARTH; LONGWOOD MANAGEMENT CORP.; WOODLAND HILLS RETIREMENT CENTER, INC.; WOODLAND PARK INVESTMENT CO., LLC; and DOES 1 through 10 Inclusive,<br><br>Defendants. | Case No. CV 14-5155 DSF (MANx)<br><br>JUDGMENT OF DISMISSAL |

The Court having granted Defendants' Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Dated: June 6, 2016

_____
DALE S. FISCHER
United States District Judge