FILED

DEC 14 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ESTATE OF THELMA STERN and THELMA STERN, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> TUSCAN RETREAT, INC.; LONGWOOD MANAGEMENT CORPORATION; WOODLAND HILLS RETIREMENT CENTER, INC.; WOODLAND PARK INVESTMENT CO., LLC; et al., <br><br> Defendants-Appellees. | No.   16-55926 <br><br> D.C. No. 2:14-cv-05155-DSF-AS Central District of California, Los Angeles <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 25), this appeal is voluntarily dismissed as to defendants-appellees Longwood Management Corporation, Woodland Hills Retirement Center, Inc. and Woodland Park Investment Co., LLC, only.  Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court as to Longwood Management Corporation, Woodland Hills Retirement Center, Inc. and Woodland Park Investment Co., LLC, only.  This appeal remains pending as to all other parties.

FOR THE COURT


By: Stephen Liacouras
Circuit Mediator


sl/mediation